B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>Western District of Tennessee | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Performa Entertainment Real Estate, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**62-1444392** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**615 Oakleaf Office Lane**<br>**Memphis, TN**<br>ZIP Code **38117** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Shelby** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Performa Entertainment Real Estate, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Performa Entertainment Real Estate, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Toni Campbell Parker**
Signature of Attorney for Debtor(s)

**Toni Campbell Parker TN6984 MS4018**
Printed Name of Attorney for Debtor(s)

**Law Office of Toni Campbell Parker**
Firm Name

**615 Oakleaf Office Lane
Suite 201
Memphis, TN 38117**
Address

**Email: tparker001@bellsouth.net
901-683-0099  Fax: 866-489-7938**
Telephone Number

**June 7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John Elkington**
Signature of Authorized Individual

**John Elkington**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Tennessee

In re  **Performa Entertainment Real Estate, Inc.**                Case No.
                                    Debtor(s)                      Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alpha Reporting Corp.**<br>**236 Adams Ave**<br>**Memphis, TN 38103** | **Alpha Reporting Corp.**<br>**236 Adams Ave**<br>**Memphis, TN 38103** | | | **3,145.25** |
| **Bass, Berry & Sims**<br>**315 Deaderick Street**<br>**Suite 2700**<br>**Nashville, TN 37238-3001** | **Bass, Berry & Sims**<br>**315 Deaderick Street**<br>**Suite 2700**<br>**Nashville, TN 37238-3001** | | | **115,552.75** |
| **Empire Imaging**<br>**10 South Second Street**<br>**Memphis, TN 38103** | **Empire Imaging**<br>**10 South Second Street**<br>**Memphis, TN 38103** | | | **2,130.07** |
| **FlintCo**<br>**2179 Hillshire Cove**<br>**Memphis, TN 38133** | **FlintCo**<br>**2179 Hillshire Cove**<br>**Memphis, TN 38133** | | | **226,000.00** |
| **M & M Services, Inc.**<br>**3454 Lawson St.**<br>**Jackson, MS 39213** | **M & M Services, Inc.**<br>**3454 Lawson St.**<br>**Jackson, MS 39213** | | **Disputed** | **19,850.00** |
| **Martin, Tate, Morrow Marston**<br>**6410 Poplar Ave**<br>**Suite 1000**<br>**Memphis, TN 38119** | **Martin, Tate, Morrow Marston**<br>**6410 Poplar Ave**<br>**Suite 1000**<br>**Memphis, TN 38119** | | | **138,190.59** |
| **Spence Law Firm**<br>**One Commerce Square**<br>**Suite 300**<br>**Memphis, TN 38103** | **Spence Law Firm**<br>**One Commerce Square**<br>**Suite 300**<br>**Memphis, TN 38103** | | | **14,481.04** |
| **Watkins Uiberall**<br>**1661 Aaron Brenner Drive, Ste 300**<br>**Memphis, TN 38120** | **Watkins Uiberall**<br>**1661 Aaron Brenner Drive, Ste 300**<br>**Memphis, TN 38120** | | | **42,437.79** |
| **West Rogers, LLC**<br>**6075 Poplar Ave**<br>**Suite 122**<br>**Memphis, TN 38119** | **West Rogers, LLC**<br>**6075 Poplar Ave**<br>**Suite 122**<br>**Memphis, TN 38119** | | | **22,000.00** |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Performa Entertainment Real Estate, Inc.**               Case No. _____
                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 7, 2010**          Signature  **/s/ John Elkington**
                                           **John Elkington**
                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re **Performa Entertainment Real Estate, Inc.**, Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Memphis Center City Develop. Corp.<br>114 N. Main St.<br>Memphis, TN 38103 | | - | **326 Beale St. Leasehold Improvements**<br><br>Value $    30,000.00 | | | | **29,777.45** | **0.00** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **29,777.45** | **0.00** |
| | | | Total<br>(Report on Summary of Schedules) | | | | **29,777.45** | **0.00** |

B6F (Official Form 6F) (12/07)

In re    **Performa Entertainment Real Estate, Inc.**                ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Alpha Reporting Corp.**<br>**236 Adams Ave**<br>**Memphis, TN 38103** | - | | | | | | 3,145.25 |
| Account No.<br><br>**Bass, Berry & Sims**<br>**315 Deaderick Street**<br>**Suite 2700**<br>**Nashville, TN 37238-3001** | - | | | | | | 115,552.75 |
| Account No.<br><br>**Elkington Real Estate**<br>**615 Oakleaf Office Lane**<br>**Suite 200**<br>**Memphis, TN 38119** | - | | | | | | 6,000.00 |
| Account No.<br><br>**Empire Imaging**<br>**10 South Second Street**<br>**Memphis, TN 38103** | - | | | | | | 2,130.07 |

__2__  continuation sheets attached

Subtotal
(Total of this page)   **126,828.07**

B6F (Official Form 6F) (12/07) - Cont.

In re **Performa Entertainment Real Estate, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FlintCo**<br>**2179 Hillshire Cove**<br>**Memphis, TN 38133** | - | | | | | | 226,000.00 |
| Account No.<br><br>**M & M Services, Inc.**<br>**3454 Lawson St.**<br>**Jackson, MS 39213** | - | | | | | X | 19,850.00 |
| Account No.<br><br>**Martin, Tate, Morrow Marston**<br>**6410 Poplar Ave**<br>**Suite 1000**<br>**Memphis, TN 38119** | - | | | | | | 138,190.59 |
| Account No.<br><br>**Spence Law Firm**<br>**One Commerce Square**<br>**Suite 300**<br>**Memphis, TN 38103** | - | | | | | | 14,481.04 |
| Account No.<br><br>**Watkins Uiberall**<br>**1661 Aaron Brenner Drive, Ste 300**<br>**Memphis, TN 38120** | - | | | | | | 42,437.79 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 440,959.42

B6F (Official Form 6F) (12/07) - Cont.

In re **Performa Entertainment Real Estate, Inc.**, Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**West Rogers, LLC**<br>**6075 Poplar Ave**<br>**Suite 122**<br>**Memphis, TN 38119** | | - | | | | | 22,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
(Total of this page)    **22,000.00**

                   Total
(Report on Summary of Schedules)    **589,787.49**

B6G (Official Form 6G) (12/07)

In re **Performa Entertainment Real Estate, Inc.**, Case No. _____
  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 2nd & Beale Inc, Blues City Cafe<br>P O Box 3177<br>Memphis, TN 38173-3177 | Sub-Lease 138 Beale Street |
| Alfred's<br>197 Beale St<br>Memphis, TN 38103 | Sub_lease 197 Beale St |
| Alley Katz<br>156 Beale Street<br>Memphis, TN 38103 | Sub-Lease of 154 & 156 Beale |
| B B King<br>139 Beale Street<br>Memphis, TN 38103 | Sub-Lease 139 Beale St (land Lease) |
| Beale St Merchants Assn.<br>154 Beale St<br>Up Stairs<br>Memphis, TN 38103 | Sub-Lease 154 Upstairs office space |
| Beale Street Boys<br>154 Beale St<br>Memphis, TN 38103 | Sub-Lease of Alley Katz (154 & 156 Beale) |
| Beale Street Development Corp.<br>323 Beale St., Suite 2000<br>Memphis, TN 38103 | Executory Contract of Beale Street Area based upon lease from City of Memphis to Beale Street Development Corp. dated November, 1982 |
| CDA, Inc<br>203 Beale ST, Suite 303<br>Memphis, TN 38103 | Sub-Lease Office space 203 Beale |
| Clear Channel Outdoors<br>1451 Corporate Ave<br>Memphis, TN 38132 | Sub Lease - Bill Boards and Wall Space |
| Coyote Ugly Saloon<br>326 Beale St<br>Memphis, TN 38103 | Sub-Lease 326 Beale St |
| Dyers, Inc<br>205 Beale St<br>Memphis, TN 38103 | Sub-Lease of Alfreds' at 197 beale |

**2**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re **Performa Entertainment Real Estate, Inc.**, Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **EEL, Inc** <br> 333 Beale St <br> Memphis, TN 38103 | **Sub-Lease space at 333 Beale** |
| **FOX Sports Radio** <br> 203 Beale St <br> Memphis, TN 38103 | **Sub-Lease office space 203 Beale** |
| **Ground Zero Blues Club** <br> 310 Beale Street <br> Memphis, TN 38103 | **Sub-Lease land at 310 Beale** |
| **Kings Palace** <br> 168 Beale St <br> UP STAIRS <br> Memphis, TN 38103 | **Sub Lease 162 Beale St** |
| **Little Anthony's** <br> 341-345 Beale St <br> Memphis, TN 38103 | **Sub Lease- 341-345 Beale St** |
| **Memphis Music** <br> 149 Beale St <br> Memphis, TN 38103 | **Sub-Lease 149 Beale St** |
| **Memphis Sound Production** <br> 2950 Airways Blvd <br> Memphis, TN 38116-3828 | **Sub-Lease 315 Beale** |
| **Memphis Wet Willies** <br> P O BOX 60127 <br> Savannah, GA 31420 | **Sub-Lease 209 Beale St** |
| **Mo Blues, LLC** <br> P O Box 3177 <br> Memphis, TN 38103 | **Sub-Lease 152 Beale St ( Land Lease)** |
| **New Daisy Theatre** <br> 330 Beale St <br> Memphis, TN 38103 | **Sub-Lease 330 Beale St** |
| **People's Pool Club** <br> 323 Beale St <br> Memphis, TN 38103 | **Sub-Lease 323 Beale St** |
| **River City Management** <br> 168 Beale St <br> UP STAIRS <br> Memphis, TN 38103 | **Sub-Lease Office Space 168 Beale  2nd Floor** |
| **RR 340 Beale LLC** <br> 165 Oakleaf Office Lane <br> Memphis, TN 38117 | **Sub-Lease 340 Beale St** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re **Performa Entertainment Real Estate, Inc.**, Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Rum Boogie**<br>**168 Beale St**<br>**UP STAIRS**<br>**Memphis, TN 38103** | **Sub-Lease 182 Beale St** |
| **Silky's O'Sullivans**<br>**183 Beale St**<br>**Memphis, TN 38103** | **Sub-Lease 183 Beale St** |
| **Standard Parking**<br>**Attn: Tad Irvin**<br>**301 Washington Suite 101**<br>**Memphis, TN 38103** | **Sublease of land for parking area** |
| **Strange Cargo**<br>**170 Beale St**<br>**Memphis, TN 38103** | **Sub-Lease 170 Beale St** |
| **The Black Diamond**<br>**c/o Francis Scott**<br>**2069 Restington LN**<br>**Memphis, TN 38119** | **Sub-Lease 151 Beale St** |
| **The Pig On Beale**<br>**168 Beale St**<br>**UP STAIRS**<br>**Memphis, TN 38103** | **Sub-Lease 167 Beale St** |
| **The Superior Bar of Memphis**<br>**P O Box 3247**<br>**Memphis, TN 38173-3247** | **Sub-Lease 159 Beale St** |
| **Tri-State Defender**<br>**203 Beale, Suite 200**<br>**Memphis, TN 38103** | **Sub-Lease Office Space 203 Beale** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

2nd & Beale Inc, Blues City Cafe
P O Box 3177
Memphis, TN 38173-3177

Alfred's
197 Beale St
Memphis, TN 38103

Alley Katz
156 Beale Street
Memphis, TN 38103

Alpha Reporting Corp.
236 Adams Ave
Memphis, TN 38103

Angela Lockett-Sampson
416 Sylvan Trail
Jackson, MS 39209

B B King
139 Beale Street
Memphis, TN 38103

Bass, Berry & Sims
315 Deaderick Street
Suite 2700
Nashville, TN 37238-3001

Beale St Merchants Assn.
154 Beale St
Up Stairs
Memphis, TN 38103

Beale Street Boys
154 Beale St
Memphis, TN 38103

Beale Street Development Corp.
323 Beale St., Suite 2000
Memphis, TN 38103

CDA, Inc
203 Beale ST, Suite 303
Memphis, TN 38103

Clear Channel Outdoors
1451 Corporate Ave
Memphis, TN 38132

Coyote Ugly Saloon
326 Beale St
Memphis, TN 38103

Dyers, Inc
205 Beale St
Memphis, TN 38103

EEL, Inc
333 Beale St
Memphis, TN 38103

Elkington Real Estate
615 Oakleaf Office Lane
Suite 200
Memphis, TN 38119

Empire Imaging
10 South Second Street
Memphis, TN 38103

FlintCo
2179 Hillshire Cove
Memphis, TN 38133

FOX Sports Radio
203 Beale St
Memphis, TN 38103

Ground Zero Blues Club
310 Beale Street
Memphis, TN 38103

Kings Palace
168 Beale St
UP STAIRS
Memphis, TN 38103

Little Anthony's
341-345 Beale St
Memphis, TN 38103

M & M Services, Inc.
3454 Lawson St.
Jackson, MS 39213

Martin, Tate, Morrow Marston
6410 Poplar Ave
Suite 1000
Memphis, TN 38119

Memphis Center City Develop. Corp.
114 N. Main St.
Memphis, TN 38103

Memphis Music
149 Beale St
Memphis, TN 38103

```
Memphis Sound Production
2950 Airways Blvd
Memphis, TN 38116-3828

Memphis Wet Willies
P O BOX 60127
Savannah, GA 31420

Mo Blues, LLC
P O Box 3177
Memphis, TN 38103

New Daisy Theatre
330 Beale St
Memphis, TN 38103

People's Pool Club
323 Beale St
Memphis, TN 38103

River City Management
168 Beale St
UP STAIRS
Memphis, TN 38103

RR 340 Beale LLC
165 Oakleaf Office Lane
Memphis, TN 38117

Rum Boogie
168 Beale St
UP STAIRS
Memphis, TN 38103

Silky's O'Sullivans
183 Beale St
Memphis, TN 38103

Spence Law Firm
One Commerce Square
Suite 300
Memphis, TN 38103

Standard Parking
Attn: Tad Irvin
301 Washington Suite 101
Memphis, TN 38103

Strange Cargo
170 Beale St
Memphis, TN 38103
```

```
The Black Diamond
c/o Francis Scott
2069 Restington LN
Memphis, TN 38119

The Pig On Beale
168 Beale St
UP STAIRS
Memphis, TN 38103

The Superior Bar of Memphis
P O Box 3247
Memphis, TN 38173-3247

Tri-State Defender
203 Beale, Suite 200
Memphis, TN 38103

Watkins Uiberall
1661 Aaron Brenner Drive, Ste 300
Memphis, TN 38120

West Rogers, LLC
6075 Poplar Ave
Suite 122
Memphis, TN 38119
```